FILED: July 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4438
(5:13-cr-00255-D-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

TREMAYNE A. LYNCH, a/k/a Paco

       Defendant - Appellant

_____

O R D E R

_____

The deadline for filing of transcript by Stacy Schwinn is extended to 08/14/2014 without sanctions.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk